# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2300
LT Case No. 2018-CF-002810-A

_____

ERNEST AMOS OLIVER,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Ernest Amos Oliver, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

January 15, 2026

PER CURIAM.

 AFFIRMED.

JAY, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____